IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MIGUEL GARCIA                                                                    PLAINTIFF

v.                                    Civil No. 10-5224

SHERIFF TIM HELDER;
and NURSE RHONDA BRADLEY                                               DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Miguel Garcia, filed this civil rights action pursuant to 42 U.S.C. § 1983.  He

proceeds *pro se* and *in forma pauperis*.

By notice and scheduling order entered on May 4, 2011 (Docs. 12 & 13), this case was

scheduled for an evidentiary hearing on November 30, 2011.  Pursuant to the scheduling order,

the parties had until October 31, 2011, to submit their information sheets.  As the Plaintiff is

proceeding *pro se* and *in forma pauperis*, he was directed to provide the Court with specific

information regarding each witness including name, address, identification (*e.g.,* former

cellmate), prisoner number (if witness is a prisoner and number is known), and a brief

description of expected testimony and length of time of expected testimony.

On October 31, 2011, Defendants sought (Doc. 17) an extension of time to file their

pretrial information sheet.  Defendants were given an extension until November 7th.  On

November 7th, Defendants filed their pretrial information sheet.

Because Plaintiff failed to file his pretrial information sheet, a show cause order was

entered on November 9, 2011.  Plaintiff was directed to respond to the show cause order by

November 21, 2011.

To date, Plaintiff has not filed his pretrial information sheet.  He has not requested an

extension of time to file it.  Plaintiff has not responded to the show cause order.

-1-

AO72A
(Rev. 8/82)

Plaintiff is no longer incarcerated.  A Court staff member attempted to reach Plaintiff by telephone.  The staff member was informed that Plaintiff was no longer a resident of the Lighthouse Mission Ministries and that he left no forwarding address.  When he filed this action, Plaintiff was advised that he had to keep the Court informed at all times of his current address (Doc. 3).

For the reasons stated, I recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey an order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of November 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)