```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**MIGUEL GARCIA**                                                    **PLAINTIFF**

       v.                    No. 10-5224

**SHERIFF TIM HELDER;**
**and NURSE RHONDA BRADLEY**                                       **DEFENDANTS**

## O R D E R

Now on this 29th day of December, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 21), to which no objections have been filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 21) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **Dismissed With Prejudice** for failure to comply with court orders and failure to prosecute this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                      JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT COURT