IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MIGUEL GARCIA**                                                                   **PLAINTIFF**

v.                     No. 10-5224

**SHERIFF TIM HELDER;**
**and NURSE RHONDA BRADLEY**                                      **DEFENDANTS**

<u>O R D E R</u>

Now on this 29th day of December, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 21), to which no objections have been filed. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 21) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **Dismissed With Prejudice** for failure to comply with court orders and failure to prosecute this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT COURT